## DANIEL DIAZ *v.* COMMISSIONER OF CORRECTION
## (AC 34723)

Gruendel, Robinson and Harper, Js.

Submitted on briefs November 18—officially released December 24, 2013

Per Curiam. The appeal is dismissed.

## EDWIN SANCHEZ *v.* COMMISSIONER
## OF CORRECTION
## (AC 34192)

DiPentima, C. J., and Keller and Bishop, Js.

Argued December 3—officially released December 24, 2013

Per Curiam. The appeal is dismissed.

## LUCIS RICHARDSON *v.* COMMISSIONER
## OF CORRECTION
## (AC 34424)

Gruendel, Lavine and Alvord, Js.

Argued December 3—officially released December 24, 2013

Per Curiam. The judgment is affirmed.